**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COLUMBIA DIVISION**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 1-11-00010-2** |
| | ) | **JUDGE SHARP** |
| **SAUNDRA RODRIGUEZ** | ) | |
| | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Set for Change of Plea (Docket No. 174).

The motion is GRANTED and a hearing on a plea of guilty in this matter is hereby scheduled for Monday, April 14, 2014, at 2:30 p.m.

It is so ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE